Joshua N. Howley
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

Joseph De Simone (*pro hac vice* admission forthcoming)
Matthew E. Fenn (*pro hac vice* admission forthcoming)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 506-2500

Michele L. Odorizzi (*pro hac vice* admission forthcoming)
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, Illinois 60606
(312) 782-0600

*Counsel for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALEXANDER MURASHKO, derivatively on behalf of COMMVAULT SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> N. ROBERT HAMMER, ALAN G. BUNTE, BRIAN CAROLAN, FRANK J. FANZILLI, JR., ARMANDO GEDAY, KEITH B. GEESLIN, ROBERT F. KURIMSKY, LOUIS F. MICELI, GARY MERRILL, RONALD L. MIILLER, DANIEL J. PULVER, GARY B. SMITH, and DAVID WALKER, <br><br> Defendants, <br><br> and <br><br> COMMVAULT SYSTEMS, INC., <br><br> Nominal Defendant. | Civil Action No. 3:17-cv-02533-PGS-TJB <br><br> Return Date: November 20, 2017 <br><br> **Oral Argument Requested** |

### DEFENDANTS' NOTICE OF MOTION TO DISMISS
### PLAINTIFF'S AMENDED SHAREHOLDER DERIVATIVE COMPLAINT

**PLEASE TAKE NOTICE** that, pursuant to the Stipulation and Order Setting Schedule that the Hon. Tonianne J. Bongiovanni, U.S.M.J. entered on June 15, 2017 (D.E. 19), on November 20, 2017, or at such other date and time as the Court may set, Defendants N. Robert Hammer, Alan G. Bunte, Brian Carolan, Frank Fanzilli Jr., Armando Geday, Keith B. Geeslin, Robert F. Kurimsky, Louis F. Miceli, Gary Merrill, Ronald L. Miiller, Daniel J. Pulver, Gary B. Smith, and David Walker (collectively, "Individual Defendants"), as well as Nominal Defendant Commvault Systems, Inc. ("Nominal Defendant," and together with the Individual Defendants, the "Defendants"), shall move before the Honorable Peter G. Sheridan, U.S.D.J., United States District Court for the District of New Jersey, at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for an Order pursuant to Rule 23.1 of the Federal Rules of Civil Procedure dismissing the Amended Shareholder Derivative Complaint, and for such other and further relief as this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, in support of his motion, Defendants will rely upon the accompanying Memorandum of Law, the accompanying Declaration of Joshua N. Howley with exhibits, and all prior papers and proceedings herein.  A proposed form of Order is also being submitted with this motion.

**PLEASE TAKE FURTHER NOTICE** that Defendants hereby request oral argument.


Dated: August 29, 2017                                           By: /s/ Joshua N. Howley

                                                                Joshua N. Howley
                                                                SILLS CUMMIS & GROSS P.C.
                                                                One Riverfront Plaza
                                                                Newark, New Jersey 07102
                                                                (973) 643-7000

Joseph De Simone
(*pro hac vice* admission forthcoming)
Matthew E. Fenn
(*pro hac vice* admission forthcoming)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 506-2500

Michele L. Odorizzi
(*pro hac vice* admission forthcoming)
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, Illinois 60606
(312) 782-0600

*Counsel for Defendants*

## CERTIFICATION OF SERVICE

I hereby certify that on this date I caused a true and correct copy of the foregoing Notice of Motion to Dismiss and all supporting papers to be served upon the following counsel of record via the Court's ECF system and via e-mail:

James M. Ficaro
THE WEISER LAW FIRM, P.C.
22 Cassatt Avenue, First Floor
Berwyn, PA  19312

/s/ Joshua N. Howley
Joshua N. Howley

Dated:  August 29, 2017